UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-20171-cr-SEITZ

UNITED STATES OF AMERICA
Plaintiff,

v.

Andrew Chorlian

Defendant.
_____/

WAIVER OF INDICTMENT

I, Andrew Chorlian, the above named defendant who is accused of

18 USC §371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 5/4/23, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

5/4/23
Dated

Before _____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE